BW
USDC- GREENBELT
'23 APR 4 PM3:07

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

Erica Tucker-Haygood

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Town of Forest Heights MD &
Corpral Cephus, Officer Coleman
P.G. County Maryland

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. AAQ 23CV0912

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Erica Tucker-Haygood_

Street Address _8500 Livingston Rd._

City and County _Accokeek  P.G. County_

State and Zip Code _Maryland 20607_

Telephone Number _(301) 452-6918_

E-mail Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _Corpral Cephus Town of Forest Heights_

Job or Title
(if known)

Street Address _5508 Arapahoe Dr_

City and County _Forest Heights  P.G. County_

State and Zip Code _Maryland 20745_

Telephone Number _(301) 839-4040_

E-mail Address
(if known)

2

Plaintiff,
Sean Haygood
18500 Livingston Rd.
Accokeek MD 20607

Defendant No. 2

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Corporal Cephus

5508 Arapahoe Dr

Forest Heights PG County

Maryland 20745

(301) 839-4040

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Officer Coleman

5508 Arapahoe

Forest Height PG County

Maryland 20745

(301) 839-4040

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Prince Georges County
Rhonda Weaver

1401 McCormick Dr

Largo P.G County

Maryland 20745

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

1. State of Maryland
   200 St Paul Pl.
   Baltimore MD 21202

2. ~~P.G. County MD~~
   ~~1301 McCormick St~~
   ~~Largo MD 20774~~

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_42 USC 1983, fourth, fifth, eigth, Eleventh Amendment, Hague Convention, UN Declaration of Human Rights MD State Constitution, US Constitution_

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Erica Tucker Hay..._ is a citizen of the State of *(name)* _Maryland_ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _ERICA TUCKER_ , is incorporated under the laws of the State of *(name)* _Maryland_ , and has its principal place of business in the State of *(name)* _Maryland_ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* Corporal Cephus, is a citizen of the State of *(name)* Maryland. *Or is a citizen of (foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* Town of Forest Heights is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

10 million
irreperable harm
false Imprisonment

5

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 2/8/23, Cpl. Cephus of Forest Heights police did make an unlawful traffic stop and did use excessive force on Erica Tucker Haygood and her property. Cpl Cephus did file false charges on plaintiff Eric to conceal his own guilt and cause Erica Tucker Haygood false imprisonment on 3/20/23 for 8 false allegations. Cpl cephus has caused irreperable harm and intentional emotional distress. Plaintiff has been placed in fear of harm or false arrest by Forest Heights Police, and P.G County Maryland. On 2/25/23 Officer coleman filed false charges on both Plaintiffs to cause fear of false imprisonment, and threats of whistleblower retaliation.

6

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

irreperable harm
10 million damages
Attorney Fees & court costs

7

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Apri 14, 2023

Signature of Plaintiff   _Erica Tucker_

Printed Name of Plaintiff   _Erica Tucker Haygood_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

Email Address   _____